Gregory R. Jones (Cal. Bar No. 229858)
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
Telephone: (310) 284-6140
Facsimile: (310) 277-4730
E-mail: gjones@mwe.com

Timothy W. Walsh (NY Bar No. 4911673) (admitted *pro hac vice*)
Darren Azman (NY Bar No. 2436152) (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

Counsel to the Official Committee of Unsecured Creditors of Cred Inc., *et al.*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ALEXANDER, JAMES,<br><br>       Debtor. | Case No. 21-10214-MB<br><br>Chapter 7<br><br>**NOTICE OF FILING OF EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CRED INC., *ET AL.* TO (I) HOLD JAMES ALEXANDER IN CONTEMPT AND (II) ISSUE A BENCH WARRANT FOR HIS ARREST AND DETENTION** |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE:**

     **PLEASE TAKE NOTICE** that on March 15, 2021, the Official Committee of Unsecured

Creditors (the "Committee") of Cred Inc. and its affiliated debtors and debtors in possession filed the

*Emergency Motion of the Official Committee of Unsecured Creditors for an Order (I) Holding James*

*Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of*

*James Alexander* (the "Contempt Motion"), which seeks (I) to hold James Alexander in contempt of

court and (II) the issuance of a bench warrant for his arrest and detention. *In re Cred Inc.*, No. 20-

12836 (JTD) (the "Delaware Bankruptcy Case"), Docket No. 643 (Bankr. D. Del. Mar. 15, 2021).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE FURTHER NOTICE** that on March 15, 2021, the Committee filed the

*Motion to Shorten Time for Notice of Motion of the Official Committee of Unsecured Creditors for an*

*Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the*

*Arrest and Detention of James Alexander*, which seeks to have the Contempt Motion heard on

**Wednesday, March 17, 2021, at 2:00 p.m. (ET)** (the "Hearing"), with objections, if any, due at or

before the Hearing. Delaware Bankruptcy Case, Docket No. 644 (Bankr. D. Del. Mar. 15, 2021).

Dated: March 16, 2021

**McDERMOTT WILL & EMERY LLP**


By:   /s/ *Gregory R. Jones*
Gregory R. Jones
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
Telephone:  (310) 284-6140
Facsimile:  (310) 277-4730

-and-

Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
340 Madison Avenue
New York, NY 10173-1922
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444

*Counsel to the Official*
*Committee of Unsecured Creditors*
*of Cred Inc., et al.*