1  Gregory R. Jones (Cal. Bar No. 229858)
   **MCDERMOTT WILL & EMERY LLP**
2  2049 Century Park East, Suite 3200
   Los Angeles, California 90067-3206
3  Telephone: (310) 284-6140
   Facsimile: (310) 277-4730
4  E-mail: gjones@mwe.com

5  Timothy W. Walsh (NY Bar No. 4911673) (*pro hac vice pending*)
   Darren Azman (NY Bar No. 2436152) (*pro hac vice pending*)
6  **MCDERMOTT WILL & EMERY LLP**
   340 Madison Avenue
7  New York, NY 10173
   Telephone: (212) 547-5400
8  Facsimile: (212) 547-5444

9  Counsel to the Official Committee of Unsecured Creditors of Cred Inc., *et al.*

10 Justin Rawlins (Cal. Bar No. 209915)
   **PAUL HASTINGS LLP**
11 515 South Flower Street Twenty-Fifth Floor
   Los Angeles, CA 90071
12 Telephone: (213) 683-6130
   Facsimile: (213) 996-3130
13
   James T. Grogan (TX Bar No. 24027354) (*pro hac vice pending*)
14 **PAUL HASTINGS LLP**
   600 Travis St., Floor 58
15 Houston, Texas 77002
   Telephone: (212) 318-6000
16 Facsimile: (212) 319-4090

17 Counsel to Cred Inc., *et al.*

FILED & ENTERED

APR 08 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:21-bk-10214-MB |
| ALEXANDER, JAMES, | Chapter 7 |
| Debtor. | **ORDER GRANTING, IN PART, CRED INC., *ET AL*. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CRED INC., ET AL.'S JOINT EMERGENCY OMNIBUS MOTION FOR (I) RELIEF FROM THE AUTOMATIC STAY AND (II) TRANSFER OF VENUE** |
| | Hearing Date:    April 2, 2021 |

|  | Hearing Time: 10:00 a.m. |
|---|---|
|  | Courtroom: 303 |

Upon consideration of *CredInc., et al. and the Official Committee of Unsecured Creditors of Cred Inc., et al.'s Joint Emergency Omnibus Motion for (I) Relief from the Automatic Stay and (II) Transfer of Venue* [Docket No. 16] (the "Motion"); and the Court having granted the Motion's request for relief from the automatic stay on February 25, 2021 [Docket No. 52]; and a hearing having been scheduled and held to consider the Motion's request for transfer of venue on April 2, 2021 (the "Hearing"); and the Court having made oral findings of fact and conclusions of law as stated on the record at the Hearing; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED, to the extent set forth herein.
2. The above-captioned case pending before this Court, numbered 1:21-bk-10214- MB and styled *In re: James Alexander*, is transferred to the United States Bankruptcy Court for the District of Delaware.

###

Date: April 8, 2021

Martin R Barash
United States Bankruptcy Judge

- 2 -

1 | Counsel to Mr. Alexander and Mr. Gottlieb approve of the form of this Order.

2

3 | _____

4 | David B. Golubchik

5 | Dated: April 6, 2021

6

7 | Marshack Hays LLP

8 | By: _____
9 |     D. Edward Hays
      Attorneys for Chapter 7 Trustee
10 |  David K. Gottlieb

11 | Dated: April 6, 2021

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Counsel to Mr. Alexander and Mr. Gottlieb approve of the form of this Order.

_____

David B. Golubchik

Dated: April 6, 2021

Marshack Hays LLP

By: _____
    D. Edward Hays
    Attorneys for Chapter 7 Trustee
    David K. Gottlieb

Dated: April 6, 2021

1 | Counsel to Mr. Alexander and Mr. Gottlieb approve of the form of this Order.

3 | _____

4 | David B. Golubchik

5 | Dated: April 6, 2021

7 | Marshack Hays LLP

9 | By: *D. Edward Hays*
     D. Edward Hays
10 |    Attorneys for Chapter 7 Trustee
        David K. Gottlieb

11 | Dated: April 6, 2021

- 3 -